United States District Court
Southern District of Texas
**ENTERED**
February 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL VIDAL, | § | |
|    Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-15-126 |
| | § | |
| ALVARADO, ET AL., | § | |
|    Respondents. | § | |

# ORDER

On December 8, 2015, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 15]. Petitioner has objected [Doc. No. 18] to said Report and Recommendation.

Petitioner indicated that he had the ability to pay and would pay the required filing fees and this Court gave him until January 31, 2016 to do so. It is now more than two weeks since that deadline has passed and no payment has been deposited on his behalf to the Registry of the Court.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Raul Vidal's complaint is dismissed without prejudice for want of prosecution for failure to timely pay the filing fee.

Signed this 18th day of February, 2016.

Andrew S. Hanen
United States District Judge